IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 07-mj-00018-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN J. SULLIVAN,

    Defendant.

## ORDER

    The Defendant having hired private counsel Jeffrey Edelman to represent him, the appointment of Mr. Edward Nugent, a CJA Panel member to represent the Defendant is WITHDRAWN.

    Mr. Nugent shall have no further responsibilities in this matter to represent the Defendant.

    Dated this 31st day of August, 2007.

    BY THE COURT:

    s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge