IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00384–EWN

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

1.  RYAN J. SULLIVAN,

　　　Defendant.

---

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Jamie L. Hodges, Secretary

　　　This matter is set for a two-day trial to a jury of twelve, plus alternates, commencing at

9:00 o'clock a.m. on Monday, **October 22, 2007**, in Courtroom A201 of the Alfred A. Arraj

United States Courthouse.  Therefore, it is

　　　**ORDERED** that the deadline for filing all motions is <u>September 28, 2007</u>.  All responses

shall be filed by <u>October 5, 2007</u>.  A hearing on the motions will be scheduled at a later date, if

necessary.  Counsel shall notify the court as soon as possible if a hearing will be necessary and

how much time will be needed for the hearing.  It is further

　　　**ORDERED** that a change of plea hearing is scheduled to commence at 9:30 o'clock a.m.

on Wednesday, **October 10, 2007**.  The deadline for submitting the plea agreement and statement

1

of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Monday, <u>October 8, 2007</u>.

Dated: September 21, 2007