IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00384–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RYAN J. SULLIVAN,

    Defendant.

## <u>SECOND</u> ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Jamie L. Hodges, Secretary

This matter is set for a two-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **November 26, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

**ORDERED** that a hearing on the motions, if necessary, is set for **November 1, 2007**, at 2:15 o'clock p.m.  It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m. on Thursday, **November 15, 2007**.  The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Tuesday, <u>November 13, 2007</u>.

Dated: October 10, 2007